## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MARY H. TAYLOR, | CIVIL ACTION   1:14-cv-05781 |
| Plaintiff, | |
| v. | COMPLAINT |
| BLITT AND GAINES, P.C.., | |
| Defendant. | JURY TRIAL DEMANDED |

### COMPLAINT FOR RELIEF PURSUANT TO THE FAIR DEBT COLLECTION PRACTICES ACT

NOW COMES the Plaintiff, MARY H. TAYLOR ("Mary"), by and through her attorneys, SULAIMAN LAW GROUP, LTD., complaining of the Defendant, BLITT AND GAINES, P.C. ("BLITT"), as follows:

### NATURE OF THE ACTION

1.      Plaintiff brings this action for damages for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692, et seq. ("FDCPA").

### JURISDICTION AND VENUE

2.      This action arises under, and is brought pursuant to, the FDCPA. Subject matter jurisdiction is conferred upon this Court by 15 U.S.C. §1692k (FDCPA) and 28 U.S.C. §§1331, 1337, as this action arises under the laws of the United States.

3.      Venue is proper in this Court pursuant to 28 U.S.C. §1391; Blitt conducts business in the Northern District of Illinois and all of the events or omissions giving rise to the claim occurred within the Northern District of Illinois.

**PARTIES**

4.      Mary is a natural person who resides in the Northern District of Illinois and is a "consumer," as defined by the FDCPA, 15 U.S.C. §1692a(3).

5.      At all times relevant to the action, Blitt was a professional corporation practicing law in the state of Illinois and located at 661 Glenn Avenue, Wheeling, Illinois 60090.

6.      Blitt is a "debt collector" as defined by the FDCPA, U.S.C. § 1692a(6) because it regularly uses the mails and/or the telephone to collect, or attempt to collect, delinquent consumer accounts.

**FACTS SUPPORTING CAUSE OF ACTION**

7.      Blitt has been attempting to collect a debt from Mary that was originated by FIA Card Services, N.A. ("FIA").

8.      On July 2, 2014, Blitt filed a complaint in the Circuit Court of Cook County, Illinois against Mary. The case was captioned *FIA Card Services, N.A.  v. Mary H. Taylor*, case number 2014 M1 135912 ("Collection Case"). *See* Exhibit A, a true and correct copy of the July 2, 2014 complaint ("Blitt's Complaint").

9.      Blitt filed the Collection Case at the Richard J. Daley Center Courthouse. *Id.*

10.     The Richard J. Daley Center Courthouse serves Cook County's First Municipal District. *See* Exhibit B, a true and correct copy of a map of the Circuit Court of Cook County Municipal Districts and Courthouses.

11.     Civil matters that do not meet the damages threshold to be filed in the Law Division of the Circuit Court of Cook County are assigned to the Circuit Court's Civil/Municipal Division.

12.     Cases filed in the First Municipal District are identified by the abbreviation "M1."

13.     Mary resides at 88 Otis Road, Barrington, Illinois 60010.

14.     Barrington, Illinois is located within Cook County, but is located within the

Circuit Court of Cook County's Third Municipal District. *See* Exhibit B.

15.     The Rolling Meadows Courthouse is the courthouse that serves the Circuit Court

of Cook County's Third Municipal District. *Id.*

16.     The Richard J. Daley Center Courthouse is 43.27 miles from Mary's home.

17.     In contrast, the Rolling Meadows Courthouse is **twelve and a half miles** from

Mary's home.

18.     In order for Mary to travel via public transit to the Rolling Meadows Courthouse,

she would need to take a taxi from her home to the Metra station located in Barrington then

board the Union Pacific Northwest Train ("UP-NW"), and then walk a short walk of about 0.8

miles. The trip, according to Google Maps, should take about 35 minutes.

19.     In order for Mary to travel via public transit to the Richard J. Daley center, she

must first take a taxi to the Barrington Metra Station then board the Union Pacific Northwest

Train, then transfer to the Blue Line at the Irving Park Station and travel eleven stops to the

Washington street station.

20.     According to Google Maps, this trip will take one hour and 23 minutes.

21.     The courthouse closest to Mary's home is the Rolling Meadow Courthouse.

### Count I -- Violation Of The FDCPA

22.     Mary repeats and realleges paragraphs 1 through 21 as though fully set forth

herein.

23.     The Collection Case was an attempt to collect a "consumer debt" as defined by

the FDCPA, 15 U.S.C. §1692a(5).

24.     15 U.S.C. §1692i(a)(2)(B) requires that a debt collector sue a consumer in the judicial district or similar legal entity where the consumer resides at the commencement of the action.

25.     The closest courthouse to Mary is the Rolling Meadow Courthouse.

26.     Blitt on behalf of FIA Card Services, N.A. sued Mary at the Richard J. Daley Center Courthouse, a location some 31 miles further from Mary's house than the Rolling Meadows Courthouse.

27.     It can be reasonably inferred that Blitt sued Mary at a remote courthouse in order to discourage her from appearing and defending the Collection Case.

28.     Mary is therefore entitled to an award of statutory damages and legal fees pursuant to 15 U.S.C. §1692k.

WHEREFORE, Plaintiff, MARY H. TAYLOR, respectfully requests that this Honorable Court enter judgment in her favor as follows:

a. declaring that the practices complained of herein are unlawful and violate the aforementioned statutes and regulations;

b. awarding Plaintiff statutory and actual damages, in an amount to be determined at trial, for the underlying FDCPA violations;

c. ordering the deletion of all adverse credit reporting related to the alleged debt;

d. awarding Plaintiff costs and reasonable attorney fees as provided under 15 U.S.C. §1692k; and

e. awarding any other relief as this Honorable Court deems just and appropriate.


Dated: July 28, 2014                    Respectfully Submitted,

                                        /s/ Mohammed O. Badwan
                                        Mohammed O. Badwan, Esq. ARDC#6299011
                                        Daniel J. McGarry, Esq. ARDC#6309647
                                        Counsel for Plaintiff
                                        Sulaiman Law Group, LTD
                                        900 Jorie Blvd, Ste 150
                                        Oak Brook, IL 60523
                                        Phone (630)575-8181
                                        Fax: (630)575-8188