IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARY H. TAYLOR,<br>　　　Plaintiff,<br><br>　　　v.<br><br>BLITT & GAINES, P.C.,<br>　　　Defendant. | Case No. 1:14-cv-5781<br><br>Judge John W. Darrah<br><br>Magistrate Judge Mason |

**DEFENDANT'S MOTION FOR LEAVE TO CITE ADDITIONAL AUTHORITY**

Defendant, Blitt & Gaines, P.C., ("Blitt"), by and through its attorneys of Hinshaw & Culberson, LLP moves for judgment on the pleadings and for its Motion for Leave to Cite Additional Authority in Support of its Motion for Judgment on the Pleadings states as follows:

1. On May 19, 2015, Defendant filed its Motion for Judgment on the Pleadings because Plaintiff was never served with the collection suit filed in the Richard J. Daley center, and therefore, cannot state a claim under §1692i of the FDCPA for the filling of collection suit in an alleged improper venue. (Dkt. #35,37). Plaintiff filed her response on July 15, 2015. (Dkt. #40). Defendant filed its reply on July 29, 2015. (Dkt. #44). Thus, briefing on Defendant's Motion is complete.

2. The only issue is whether a plaintiff can state a valid §1692i claim based on a collection action which they were never served with.

3. On August 5, 2015, Judge Dow granted judgment in favor of Defendants pursuant to Fed. R. Civ. P. 12(c) in a nearly identical action holding that a plaintiff cannot state a claim for a violation of §1692i, the FDCPA's venue provision, if the plaintiff was never served with the lawsuit in the alleged improper venue. *Abu-Samra v. Cavalry SPV I, LLC, et. al.*, 14-9422 (N.D. Ill. August 5, 2015)(Dow, J.)(Memorandum Op. and Order attached as Exhibit 1).

4. Just as Plaintiff Taylor here, the plaintiff in *Abu-Samra* alleged that the filing of a collection action in a judicial district in which plaintiff allegedly does not live violated § 1692i of the FDCPA even though plaintiff was never served with that action.

WHEREFORE, Defendant, Blitt & Gaines, P.C., respectfully requests this Court grant its Motion for Leave to Cite Additional Authority in support of its Motion for Judgment on the Pleadings pursuant to Fed. R. Civ. P. 12(c) and award any other relief in its favor this court deems appropriate.

HINSHAW & CULBERTSON LLP

By: */s/ Palak N. Shah*
    Palak N. Shah

David M. Schultz (#6197596)
Palak N. Shah (#6313957)
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601-1081
(312) 704-3000
Telephone: 312-704-3000
Facsimile: 312-704-3001
dschultz@hinshawlaw.com
pshah@hinshawlaw.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on August 6, 2015 I electronically filed Defendant's Motion for Leave to Cite Additional Authority with the Clerk of the Court, using the CM/ECF system reflecting service to be served upon all parties of record.

                                                      /s/*Palak N. Shah*
                                                      Palak N. Shah